**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION**

IN RE:　　　　　　　　　　　　　　　　　　　　　CASE NO.: 17-10465-TPA
　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

Douglas S. Mills ,

　　Debtor.
_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE SUITE 100
BOCA RATON, FL 33487**

　　　　　　　　　　　　　　　　　　　Robertson, Anschutz & Schneid, P.L.
　　　　　　　　　　　　　　　　　　　Authorized Agent for Secured Creditor
　　　　　　　　　　　　　　　　　　　6409 Congress Ave, Suite 100
　　　　　　　　　　　　　　　　　　　Boca Raton, FL 33487
　　　　　　　　　　　　　　　　　　　Telephone: 561-241-6901
　　　　　　　　　　　　　　　　　　　Facsimile: 561-997-6909
　　　　　　　　　　　　　　　　　　　By: /s/Madison Wilson
　　　　　　　　　　　　　　　　　　　Madison Wilson, Esquire
　　　　　　　　　　　　　　　　　　　Email: mwilson@rasflaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

REBEKA SEELINGER
4640 WOLF ROAD
ERIE, PA  16505

DOUGLAS S. MILLS
2986 POPLAR STREET
ERIE, PA  16508

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA  15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA  15222

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Madison Wilson
Madison Wilson, Esquire
Email: mwilson@rasflaw.com