# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| IN Re: | : | Case No. 17-10465-TPA |
| | : | |
| | : | **Chapter 13** |
| **DOUGLAS S. MILLS** | : | |
| Debtor | : | Docket No. ___ |
| | : | |
| **DOUGLAS S. MILLS** | : | Hearing Date & Time: |
| Movant | : | |
| | : | |
| vs. | : | **FILED PURSUANT TO** |
| | : | **11 U.S.C. § 362(C)(3)** |
| | : | |
| **NATIONSTAR MORTGAGE** | : | |
| **and RONDA J. WINNECOUR** | : | |
| **ESQ., CHAPTER 13 TRUSTEE** | : | |

## NOTICE AND ORDER SETTING HEARING ON MOTION TO EXTEND AUTOMATIC STAY ON AN EXPEDITED BASIS

**NOTICE IS HEREBY GIVEN THAT** an Expedited Motion for Debtor Douglas S. Mills to Extend the Automatic Stay has been filed in the above-referenced case.

A hearing has been scheduled for_____ at _____ in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row Erie, PA  16501.

Responses to the motion shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest on or before_____.

A courtesy copy of all responses shall be delivered to chambers with the filing.

Service shall be made as directed below. A certificate of service shall be filed with the Clerk immediately.

_____          _____
            Date                                                                          United States Bankruptcy Judge

Movant is to complete this notice and file it with the motion for expedited hearing and proposed order granting the substantive relief requested, leaving blank the hearing and response dates. If the Court determines that a hearing is necessary, response and hearing dates will be provided to movant. Movant shall serve a copy of this completed scheduling order and the motion by hand delivery or facsimile on the respondent, trustee, debtor, debtor's attorney, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and the attorney for any committee. If there is no committee counsel, serve all members of each committee. Movant shall deliver a paper copy of the motion and this notice of hearing to chambers.