# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| IN Re: | : | Case No. 17-10465-TPA |
| | : | |
| | : | Chapter 13 |
| DOUGLAS S. MILLS | : | |
| Debtor | : | Docket No. ___ |
| | : | |
| DOUGLAS S. MILLS | : | Hearing Date & Time: |
| Movant | : | June 21, 2017 at 1130am |
| | : | |
| vs. | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362(C)(3) |
| | : | |
| NATIONSTAR MORTGAGE | : | |
| and RONDA J. WINNECOUR | : | |
| ESQ., CHAPTER 13 TRUSTEE | : | |

## CERTIFICATE OF SERVICE OF MOTION TO EXTEND THE AUTOMATIC STAY BEYOND 30 DAYS

I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that I served, or caused to be served, the above-referenced Motion to Extend the Automatic Stay, with the Order dated May 30, 2017 filed herewith on the parties at the addresses on May 31, 2017 by regular First Class United States mail or other method as described on the attached list.

**Office of the United States Trustee**
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(Via CM/ECF)

**Ronda J. Winnecour**
Suite 3250 USX Tower
600 Grant Street
Pittsburgh PA 15219
(Via CM/ECF)

**Nationstar Mortgage**
350 Highland Drive
Lewisville, TX 75067
(VIA US MAIL)

EXECUTED ON: May 31, 2017

                          By      /s/ Rebeka A. Seelinger
                                   Rebeka A. Seelinger, Esquire
                                   Pa. I.D. #93897
                                   4640 Wolf Road
                                   Erie, PA 16505
                                   (814)-824-6670
                                   E-Mail: rebeka@seelingerlaw.com