FILED
5/30/17 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DOUGLAS S. MILLS | : | Case No. 17-10465 TPA |
| | : | Chapter 13 |
| *Debtor* | : | |
| | : | |
| DOUGLAS S. MILLS | : | |
| | : | |
| *Movants* | : | Related to Document No. 17 |
| | : | |
| v. | : | |
| | : | |
| NATIONSTAR MORTGAGE and | : | |
| RONDA J. WINNECOUR, ESQ., | : | |
| TRUSTEE | : | |
| | : | |
| *Respondents* | : | Hearing: June 21, 2017 at 11:30 A.M. |

### ORDER

**AND NOW**, this **30th** day of **May, 2017,** an ***Expedited Motion to Extend the Automatic Stay*** having been filed in the above-captioned proceeding by the Debtors on May 30, 2107 at Document No. 17 ("Motion"),

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all Parties against whom relief is sought, their counsel, and the Chapter 13 Trustee.  Thereafter, a **Certificate of Service** shall **IMMEDIATELY** be filed by Counsel for the Moving Party.  ***To the extent numbers and addresses are available, service shall also be made by fax and email***.  Failure to properly serve

1

the *Motion* or timely file the *Certificate* may result in dismissal of the above-captioned proceeding.

(2)    Any **Response(s)**, including any consent to the *Motion*, shall be filed with the Clerk's Office **on or before June 13, 2017,** at the U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania 16501.  Any *Response* should be served on the Moving Party, their counsel and the Chapter 13 Trustee.

(3)    On **June 21, 2017** at **11:30 A.M.** a hearing on the *Motion* is scheduled in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(4)    The Debtor shall be prepared to offer testimony in support of his/her Motion at the time of the hearing.

It is **FURTHER ORDERED** that the automatic stay shall remain in full force and effect pending further order of the Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Ronda J. Winnecour, Esq., Ch. 13 Trustee
    Debtor
    Counsel for the Debtor

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-10465-TPA
Douglas S. Mills                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr          Page 1 of 1          Date Rcvd: May 30, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
db             +Douglas S. Mills,    2986 Poplar Street,    Erie, PA 16508-1680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
         James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Rebeka  Seelinger    on behalf of Debtor Douglas S. Mills rebeka@seelingerlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 4