IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10465-TPA |
| Douglas S. Mills | : | |
|     Debtor | : | Chapter 13 |
| | : | |
| Douglas S. Mills | : | Document No. ___ |
|     Movant | : | |
| | : | Hearing: June 21, 2017 at 1130am |
| Nationstar Mortgage | : | |
|     Respondent | : | |

## CERTIFICATE OF NO OBJECTION REGARDING THE EXPEDITED MOTION TO EXTEND THE AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Expedited Motion to Extend the Automatic Stay dated May 30, 2017 has been filed.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Expedited Motion to Extend the Automatic Stay appears thereon. Pursuant to the Court Order dated May 30, 2017 at Document No. 19, objections to the Expedited Motion to Extend the Automatic Stay were to be filed and served no later than June 13, 2017.

It is hereby respectfully requested that the Proposed Order attached to the Expedited Motion to Extend the Automatic Stay be granted.

Dated: June 14, 2017

Respectfully submitted,

By: /s/ Rebeka A Seelinger Esquire
Rebeka A Seelinger Esquire
4640 Wolf Rd Erie PA 16505
(814) 824 6670/rebeka@seelingerlaw.com
PA ID 93897