Case 17-10465-TPA    Doc 30    Filed 06/22/17    Entered 06/22/17 16:18:56    Desc Main
Document      Page 1 of 1

FILED
6/22/17 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-10465-TPA |
| Douglas S. Mills | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 6/21/2017 |
| | : | Time: 11:30 |

### PROCEEDING MEMO

**MATTER:**  #17 Emergency Motion to Extend Automatic Stay
         #27 CNO filed

**APPEARANCES:**
    Debtor:    Rebeka Seelinger
    Trustee:   Owen Katz

**NOTES:**


**OUTCOME:**  GRANTED / OE

*[signature]*

jlm