FILED
6/22/17 4:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| IN Re: | : | Case No. 17-10465-TPA |
| | : | |
| | : | Chapter 13 |
| DOUGLAS S. MILLS | : | |
| Debtor | : | Docket No. 17 |
| | : | |
| DOUGLAS S. MILLS | : | Hearing Date & Time: |
| Movant | : | |
| | : | |
| vs. | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362(C)(3) |
| | : | |
| NATIONSTAR MORTGAGE | : | |
| and RONDA J. WINNECOUR | : | |
| ESQ., CHAPTER 13 TRUSTEE | : | |

## ORDER OF COURT

AND NOW, to wit, this __21st__ day of _____June_____, 2017 upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED, and DECREED, that the Automatic Stay of 11 U.S.C. § 362(a) in the case of Douglas S. Mills Case No. 17-10465 is hereby extended beyond thirty days and shall continue until further Order of this Court or dismissal of this case, as to all respondents.

BY THE COURT

_____J.
Thomas P. Agresti
US Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-10465-TPA
Douglas S. Mills                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1            User: gamr                  Page 1 of 1              Date Rcvd: Jun 23, 2017
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2017.
db             +Douglas S. Mills,    2986 Poplar Street,    Erie, PA 16508-1680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2017 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Rebeka Seelinger    on behalf of Debtor Douglas S. Mills rebeka@seelingerlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                               TOTAL: 6