IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Bankruptcy No. 17-10465-TPA |
| Douglas S. Mills | : | |
|     Debtor | : | Chapter 13 |
| | : | |
| Douglas S. Mills | : | Document No. ___ |
|     Movant | : | |
| | : | |
| Nationstar Mortgage and Ronda J. Winnecour | : | |
| Esq. Chapter 13 Trustee | : | |
|     Respondents | : | |

# **CERTIFICATE OF SERVICE OF THE COURT ORDER SCHEDULING A STATUS CONFERENCE**

I, Rebeka A. Seelinger Esquire, certify under penalty of perjury that I served, or caused to be served, a true and correct copy of the Order dated September 7, 2017 Scheduling a Status Conference on September 13, 2017 at 930am. This order was served on the parties listed below on September 8, 2017, by regular First Class United States Mail or other method as described on the attached list.

**Office of the United States Trustee**
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(Via CM/ECF)

**Ronda J. Winnecour, Esq.**
Suite 3250 USX Tower
600 Grant Street
Pittsburgh PA 15219
(Via CM/ECF)

**Nationstar Mortgage**
350 Highland Drive
Lewisville, TX 75067
(Via US Mail)

EXECUTED ON: September 7, 2017

By: /s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Road
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com