Case 17-10465-TPA    Doc 40    Filed 09/09/17    Entered 09/10/17 00:51:14    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
9/7/17 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DOUGLAS S. MILLS | : | Case No. 17-10465-TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| DOUGLAS S. MILLS | : | Related to Doc No. 36, 37 |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONSTAR MORTGAGE and | : | Hearing: September 13, 2017 at 9:30 A.M. |
| RONDA J. WINNECOUR, ESQ., | : | |
| CHAPTER 13 TRUSTEE | : | |
| *Respondent* | : | |

**ORDER**

On September 6, 2017, the Debtor filed a ***Motion to Extend the Loss Mitigation Program*** at Document No. 36 ("Motion") and a ***Motion for Status Conference*** at Document No. 37, indicating a request for a status conference to address concerns and a lack of good faith/due diligence by the Respondent, Nationstar Mortgage.  Therefore,

*AND NOW*, this ***7th*** day of ***September, 2017,*** it is hereby **ORDERED, ADJUDGED and DECREED** that*:*

(1)    A ***Status Conference*** on compliance with the pending *Loss Mitigation Order*, dated June 8, 2017, is scheduled on ***September 13, 2017 at 9:30 A.M.*** in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA  16501.

(2)    The Court requires Counsel appearing for the Respondent/Creditor, or in addition to Counsel anyone else appearing on Respondent's behalf, to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the

1

Court's questions regarding the status of the pending LMP application and (the reason for additional time requested). Debtor(s) shall upload a copy of this Order on the Portal.

(3)    The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within five (5) days.

Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda Winnecour, Esq., Ch. 13 Trustee

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                          Case No. 17-10465-TPA
Douglas S. Mills                                                Chapter 13
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: gamr                   Page 1 of 1                Date Rcvd: Sep 07, 2017
                               Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
db             +Douglas S. Mills,   2986 Poplar Street,   Erie, PA 16508-1680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka   Seelinger    on behalf of Debtor Douglas S. Mills rebeka@seelingerlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6