Case 17-10465-TPA    Doc 41    Filed 09/13/17    Entered 09/13/17 16:14:41    Desc Main
Document    Page 1 of 1

FILED
9/13/17 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-10465-TPA |
| Douglas S. Mills | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 9/13/2017 |
| | : | Time: | 09:30 |

## PROCEEDING MEMO

**MATTER:**   #37 Motion for Status Conf.

**APPEARANCES:**
  Debtor:    Rebeka Seelinger
  Trustee:   Jana Pail
  Nationstar: Mark Pecarchik (video)

**NOTES:**

Seelinger:    Debtor is looking to get more income. I was hoping the mortgage company is willing to work with us. New employment next week.

Pecarchik:    Currently show he has a negative income.

**OUTCOME:**   LMP be terminated in 30 days unless Debtor can verify he has obtained gainful employment. Chambers to issue Order.

jlm