IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DOUGLAS S. MILLS, *Debtor,* | : : : : : : | Case No. 17-10465-TPA<br>Chapter 13 |
| DOUGLAS S. MILLS, *Movant,* | : : : | Related to Doc. No 37 |
| v. | : : | |
| NATIONSTAR MORTGAGE and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, *Respondents.* | : : : : | |

## ORDER

AND NOW, this *13th* day of *September, 2017*, after hearing on *Motion for Status Conference*, filed by the Debtor at Document No. 37,

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Loss Mitigation Program will be **TERMINATED in 30 days**, unless the Debtor can verify employment has been attained which sufficiently fulfills the loan modification requirements of Nationstar Mortgage.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
  Debtor
  Rebeka Seelinger, Esq.
  Mark Pecarchik, Esq.
  Ronda J. Winnecour, Esq.

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                              Case No. 17-10465-TPA
Douglas S. Mills                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: gamr                    Page 1 of 1             Date Rcvd: Sep 13, 2017
                               Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db             +Douglas S. Mills,   2986 Poplar Street,   Erie, PA 16508-1680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka   Seelinger    on behalf of Debtor Douglas S. Mills rebeka@seelingerlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6