FILED
10/17/17 1:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: : Bankruptcy No. 17-10465-TPA
Douglas S. Mills :
    Debtor : Chapter 13
 :
Douglas S. Mills : Document No. 44
    Movant :
 :
Nationstar Mortgage :
    Respondent :

## ORDER

A *Loss Mitigation Order* dated June 8, 2017, was entered in the above matter at Document No. 23. On October 13, 2017, a **Second Motion to Extend the Loss Mitigation Period** was filed by Douglas S. Mills at Document No. 44.

*AND NOW*, this 17th day of October, 2017, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is **extended up to and including** November 16, *20*17.

United States Bankruptcy Judge    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Douglas S. Mills
     Debtor

Case No. 17-10465-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: gamr     Page 1 of 1     Date Rcvd: Oct 17, 2017
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
db            +Douglas S. Mills,    2986 Poplar Street,    Erie, PA 16508-1680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Rebeka   Seelinger    on behalf of Debtor Douglas S. Mills rebeka@seelingerlaw.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                         TOTAL: 6