FILED
11/29/17 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10465-TPA |
| Douglas S. Mills | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Douglas S. Mills | : | Document No. 47 |
| Movant | : | |
| | : | |
| Nationstar Mortgage | : | |
| Respondent | : | |

## ORDER

A *Loss Mitigation Order* dated June 8, 2017, was entered in the above matter at Document No.

23. On November 16, 2017, a **Third Motion to Extend the Loss Mitigation Period** was filed by

Douglas S. Mills at Document No. 47 .

**AND NOW**, this 29th day of November , 2017, it is hereby **ORDERED,**

**ADJUDGED AND DECREED** that the loss mitigation period is **extended up to and including**

December 29, 2017 .

United States Bankruptcy Judge    **jlm**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 17-10465-TPA
Douglas S. Mills                                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr              Page 1 of 1              Date Rcvd: Nov 29, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
db            +Douglas S. Mills,    2986 Poplar Street,    Erie, PA 16508-1680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor   Nationstar Mortgage LLC pabk@logs.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Rebeka   Seelinger    on behalf of Debtor Douglas S. Mills rebeka@seelingerlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                      TOTAL: 6