FILED
12/21/17 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Douglas S. Mills
Case Number: 17-10465                    Chapter: 13
Date / Time / Room:  December 19, 2017 at 11:30 a.m., Bankruptcy Courtroom
Hearing Officer:  CHAPTER 13 TRUSTEE

### *Matter:*

#2 - Final Confirmation of Plan dated 5/5/17 (NFC)
**+Obj. by Nationstar Mortgage LLC**

### *Appearances:*

*See linlek*

Debtor:
Trustee:    Winnecour / Bedford / Katz (Pail)
Creditor:

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective
   _____.
7. __X__ Plan/Motion continued to 3/13/18 at 10:30 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Other:

### *For Judge Agresti cases*:

Student Loan Debt:   If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:_____
_____