# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10465-TPA |
| Douglas S. Mills | : | |
|     Debtor | : | Chapter 13 |
| | : | |
| Douglas S. Mills | : | Document No. ___ |
|     Movant | : | |
| | : | Response Date: 1/13/2018 |
| Ronda J Winnecour Esq. Chapter 13 Trustee | : | |
|     Respondent | : | Hearing Date: 2/7/2018 at 10am |

## CERTIFICATE OF NO OBJECTION REGARDING THE MOTION TO DISMISS

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss dated December 27, 2017 has been filed.

    The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion to Dismiss appears thereon. Pursuant to the Notice of Hearing with Response Deadlines dated December 27, 2017, at Document No. 54, objections to the Motion to Dismiss were to be filed and served no later than January 13, 2018.

    It is hereby respectfully requested that the Proposed Order attached to the Motion to Dismiss be granted.

Date: January 15, 2018

/s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
SEELINGER LAW
Attorney for Debtor
PA ID #93897
4640 Wolf Rd
Erie, PA 16505
(814) 824-6670
Rebeka@seelingerlaw.com