**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Douglas S. Mills** | : | Case No. 17−10465−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 16th of January, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby *ORDERED, ADJUDGED and DECREED* as follows:

(1)   The above−captioned case is *DISMISSED, without prejudice*. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-10465-TPA
Douglas S. Mills                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2           Date Rcvd: Jan 16, 2018
                              Form ID: 309            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
db            +Douglas S. Mills,    2986 Poplar Street,    Erie, PA 16508-1680
cr            +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.,Suite 100,
                Boca Raton, FL 33487-2853
14417490      +ENT,    1645 W 8th Street,    Erie, PA 16505-5007
14417491      +First Federal Credit Control,    24700 Chagrin Blvd Suite #205,    Beachwood, OH 44122-5662
14417493      +Hamot Hospital,    201 State Street,    Erie, PA 16550-0001
14417494       Medicor Associates Inc.,    Billing Dept,    3330 Peach St Suite 203,    Erie, PA 16508-2772
14417496       Mortgage Service Center,    2001 Leadenhall Road,    Mount Laurel, NJ 08054
14684888       N.A. PARTNERS IN ANESTHESIA-P.A.,    WAKEFIELD AND ASSOCIATES,    PO BOX 50250,
                KNOXVILLE,TN 37950-0250
14417497     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
14417498      +Penelec,  c/o FirstEnergy,    Building #1, Suite 1-511,    101 Crawford's Corner,
                Holmdel, NJ 07733-1976
14417553      +Penelec,    PO Box 16001,    Reading, PA 19612-6001
14417499       Pinnacle Credit Services,    PO Box 640,    Kimball, MN 55353
14677063       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Citibank (South,
                Dakota), N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14417500      +UPMC,    PO Box 371980,    Pittsburgh, PA 15259-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14652187       EDI: CAPITALONE.COM Jan 17 2018 01:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
14417492      +EDI: FORD.COM Jan 17 2018 01:23:00      Ford Motor Credit,    PO Box 54200,
                Omaha, NE 68154-8000
14417495      +EDI: MID8.COM Jan 17 2018 01:23:00      Midland Credit Management,    8875 Aero Drive,
                San Diego, CA 92123-2255
14418270      +EDI: PRA.COM Jan 17 2018 01:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14635807      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2018 01:34:35
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
14663515      +EDI: AIS.COM Jan 17 2018 01:23:00      Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             NATIONSTAR MORTGAGE LLC
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14417545*     +ENT,    1645 W 8th Street,    Erie, PA 16505-5007
14417546*     +First Federal Credit Control,    24700 Chagrin Blvd Suite #205,    Beachwood, OH 44122-5662
14417547*     +Ford Motor Credit,    PO Box 54200,    Omaha, NE 68154-8000
14417548*     +Hamot Hospital,    201 State Street,    Erie, PA 16550-0001
14417549*      Medicor Associates Inc.,    Billing Dept,    3330 Peach St Suite 203,    Erie, PA 16508-2772
14417550*     +Midland Credit Management,    8875 Aero Drive,    San Diego, CA 92123-2255
14417551*      Mortgage Service Center,    2001 Leadenhall Road,    Mount Laurel, NJ 08054
14417552*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
14669129*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    ATTN: Bankruptcy Department,
                P.O. Box 619096,    Dallas, TX 75261-9741)
14417554*      Pinnacle Credit Services,    PO Box 640,    Kimball, MN 55353
14417555*     +UPMC,    PO Box 371980,    Pittsburgh, PA 15259-0001
                                                                              TOTALS: 1, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                          Signature:  /s/Joseph Speetjens

District/off: 0315-1          User: jmar               Page 2 of 2          Date Rcvd: Jan 16, 2018
                             Form ID: 309              Total Noticed: 20

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
       James   Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
       James   Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
       Kevin Scott Frankel   on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Rebeka   Seelinger    on behalf of Debtor Douglas S. Mills rebeka@seelingerlaw.com
       Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                TOTAL: 6