**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DOUGLAS S. MILLS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Repondents. | Case No.:17-10465 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/05/2017 and confirmed on 06/07/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,425.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,425.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,215.46 | |
|    Trustee Fee | 229.40 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,444.86 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1521 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 3,980.14 | 0.00 | 3,980.14 |
|     Acct: 1521 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 17,536.69 | 0.00 | 0.00 | 0.00 |
|     Acct: 1521 | | | | |
| | | | | 3,980.14 |
| Priority | | | | |
|   REBEKA SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOUGLAS S. MILLS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA SEELINGER ESQ | 2,000.00 | 1,215.46 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA SEELINGER ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 17-10465 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   PA DEPARTMENT OF REVENUE* | 382.36 | 0.00 | 0.00 | 0.00 |
|     Acct: 8792 | | | | |
| | ***N O N E *** | | | |
| Unsecured | | | | |
|   ENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 861E | | | | |
|   FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0757 | | | | |
|   FORD MOTOR CREDIT CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4252 | | | | |
|   HAMOT HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NA PARTNERS IN ANESTHESIA PA | 582.19 | 0.00 | 0.00 | 0.00 |
|     Acct: 2899 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXPRAE | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8792 | | | | |
|   MORTGAGE SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8792 | | | | |
|   PENELEC/FIRST ENERGY** | 123.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 7172 | | | | |
|   PINNACLE CREDIT SERVICES LLC - ASSIG | 2,428.10 | 0.00 | 0.00 | 0.00 |
|     Acct: 2639 | | | | |
|   UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 17.95 | 0.00 | 0.00 | 0.00 |
|     Acct: 8792 | | | | |
|   CAPITAL ONE BANK NA** | 181.32 | 0.00 | 0.00 | 0.00 |
|     Acct: 2697 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR V | 510.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
| | ***N O N E *** | | | |

TOTAL PAID TO CREDITORS                                                                  3,980.14

TOTAL CLAIMED
PRIORITY         382.36
SECURED     17,536.69
UNSECURED    3.843.75

Date: 02/20/2018                                                                 /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com